# Bill's Salvage-Durham Interest

824 Old Highway 11
Lumberton, Mississippi 39455
601-796-5800

1-800-745-6318                                                                                                          Fax: 601-796-5804

JANUARY 28, 2010

PAUL M. ELLIS
POB 6010
RIDGELAND MS 39158-6010

RE: SUBPOENA FOR SOUTH LAMAR TRK & TLR SALES
    FRAZIER
    08.03051-EE

AFTER DILIGENT SEARCH, I FIND NO APPARENT TRANSACTIONS
IN OUR FILES PERTAINING TO THIS MATTER. THIS SEARCH
INCLUDES: BILLS SALVAGE
          DURHAM INTEREST
          SOUTH LAMAR TRK & TLR SALES

MARIA J. DURHAM

*Maria J. Durham* (signature)

OWNER, SOUTH LAMAR TRK & TLR SALES

NOTARY [seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID# 58065, Commission Expires January 15, 2012, FORREST COUNTY]

Subscribed and sworn to before me in my presence, this 28th day of JANUARY 2010, a Notary Public in and for the County of LAMAR, State of MS

_Robert L Kuil_ (Signature) Notary Public
My commission expires 01.15.2012

Exhibit "D"

# South Lamar Truck & Trailer Sales

824 Old Highway 11
Lumberton, Mississippi 39455
601-796-5800

1-800-745-6318

Fax: 601-796-5804

JANUARY 28, 2010

PAUL M. ELLIS
POB 6010
RIDGELAND MS 39158-6010

RE: SUBPOENA FOR BILL DURHAM
    FRAZIER
    08.03051-EE

MR BILL DURHAM PASSED AWAY MAY 22, 2008. I FIND NO
APPARENT TRANSACTIONS IN OUR FILES PERTAINING TO THIS
MATTER. AFTER DILIGENT SEARCH, I FIND NO APPARENT
INDICATIONS THAT THE DECEASED LEFT ANY RECORD TO
THAT DEFENDANT.

I AM ENCLOSING A COPY OF MR DURHAM'S DEATH CERTIFICATE.

MARIA J. DURHAM

*Maria J Durham* (signature)

OWNER, SOUTH LAMAR TRK & TLR SALES

*Robert L Kuix* (signature)

[Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID# 58069, Commission Expires January 15, 2012, FORREST COUNTY]

Subscribed and sworn to before me in my
Presence, this 28 day of JANUARY
20 10, a Notary Public in and for the
County of LAMAR, State of MS

*Robert L Kuix*
(Signature)          Notary Public
My commission expires 01, 15, 2012

# STATE OF MISSISSIPPI

## MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS

 

**CERTIFICATE OF DEATH**
STATE OF MISSISSIPPI

TYPE OR PRINT WITH BLACK INK
FILING DATE: MAY 29 2008
STATE FILE NUMBER: 123 08-010992

**DECEASED**
1. NAME: William Walter Durham Sr.
2. SEX: Male
3a. HOUR OF DEATH: 8:30 p.m.
3b. DATE OF DEATH: 5/22/08
4. RACE: White
5a. AGE AT LAST BIRTHDAY: 65 Years
6. DATE OF BIRTH: 1-10-1943
7a. COUNTY OF DEATH: HINDS
7b. CITY OR TOWN OF DEATH: JACKSON
7c. HOSPITAL: ST. DOMINIC JACKSON MEM. HOSP. (25S)
7d. INPT.
8. STATE OF BIRTH: AR
9. DECEDENT'S EDUCATION: 12 (0-12)
10. MARRIED
11. SURVIVING SPOUSE: MARIA JONES
12. ARMED FORCES: NO
13. ORIGIN OR DESCENT: AMERICAN
14. SOCIAL SECURITY NUMBER: 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
15a. USUAL OCCUPATION: DISABLED
15b. KIND OF BUSINESS: NA
16a. RESIDENCE—STATE: MS
16b. COUNTY: LAMAR
16c. CITY OR TOWN: LUMBERTON
16d. INSIDE CITY LIMITS: NO
16e. STREET AND NUMBER: 824 OLD HWY. 11

**PARENTS**
17. FATHER—NAME: JAMES W. DURHAM
18. MOTHER—NAME: JEAN STEPHENSON

**INFORMANT**
19a. INFORMANT—NAME: MARIA DURHAM
19b. MAILING ADDRESS: 824 OLD HWY. 11 LUMBERTON, MS. 39455

**DISPOSITION**
20a. BURIAL, CREMATION, REMOVAL: CREMATION
20b. CEMETERY, CREMATORY—NAME: CENTRAL MS. CREMATORY
20c. LOCATION: PEARL, MS
21a. EMBALMER SIGNATURE: NONE
21b. FUNERAL HOME: OTT & LEE FUNERAL HOME — 610
21c. MAILING ADDRESS: P.O. BOX 1597 Brandon, MS 39043-1597

**PRONOUNCEMENT**
22a. PERSON WHO PRONOUNCED DEATH: Thomas P. Mills, MD
22b. PRONOUNCED DEAD: May 22, 2008
22c. PRONOUNCED DEAD (Hour): 8:30 p.m.

**CERTIFIER**
23a. CERTIFIER—NAME: Thomas Mills
23b. MAILING ADDRESS: 970 Lakeland Dr. #49 Jackson, MS
24a. SIGNATURE: Thomas P. Mills MD
24b. DATE SIGNED: 5/23/08
24c. STATE LICENSE NUMBER: MS11853
24f. NAME OF ATTENDING PHYSICIAN: Deborah S. Skelton, MD

**CAUSE OF DEATH**
25. PART I.
(a) IMMEDIATE CAUSE: Multi System Organ Failure
(b) DUE TO: Septic Shock Syndrome
(c) DUE TO: Urinary Tract Infection

27. AUTOPSY: NO
28. REFERRED TO MEDICAL EXAMINER: NO

29a. ACCIDENT, SUICIDE, HOMICIDE: —


JUN -3 2008

Judy Moulder
STATE REGISTRAR

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.



VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW