SOUTH LAMAR TRUCK & TRAILER SALES

4798

DATE 1-28-08

PAY TO THE ORDER OF C E Frazier Const. Co. $ 22000.00

Twenty Two thousand and 00/100 DOLLARS

First Southern Bank

FOR [illegible]

SOUTH LAMAR TRUCK & TRLR SALES

2031

DATE 1-28-08

PAY TO THE ORDER OF C.E. Frazier Const. Co. Inc. $ 5,000.00

Five thousand and 00/100 DOLLARS

PriorityOne Bank

FOR [illegible]

Exhibit
"E"

SOUTH LAMAR TRUCK & TRAILER SALES

4783

DATE 1-17-08

PAY TO THE ORDER OF CC Frazier Const. Co. Inc. $ 2,200.00

Twenty-two Hundred and No/100 DOLLARS

FOR forklift

SOUTH LAMAR TRUCK & TRLR SALES

1998

DATE 12-7-07

PAY TO THE ORDER OF Spencer Copeland $ 6200.00

Six thousand, two hundred & 00/100 DOLLARS

PriorityOne Bank

FOR T-62 Cat Fuel Tank &/T

5009908251

Deposit Only

SOUTH LAMAR TRUCK & TRLR SALES INC

2023

DATE 1-16-08

PAY TO THE ORDER OF C.E. Frazier Const. Co. $ 14,000.00

Fourteen thousand and no/100 DOLLARS

PriorityOne Bank

FOR 310-E [illegible]

FOR DEPOSIT ONLY
PAY TO THE ORDER OF
TRUSTMARK NATIONAL BANK
C. E. FRAZIER CONSTRUCTION CO., INC.

SOUTH LAMAR TRUCK & TRAILER SALES

4665

DATE November 06, 2007

PAY TO THE ORDER OF C.E. Frazier Construction Company, Inc. $ 8,000 00

Eight thousand dollars and no/100 DOLLARS

First Southern Bank

FOR 1972 Pettibone