

Exhibit E

Exhibit "F"

**BankPlus** 5824

DATE 04/23/09

PAY TO THE ORDER OF CLAYBORNE FRAZIER $700.00

BANKPLUS *Seven Hundred Dollars AND 00 Cents

DOLLARS

OFFICIAL CHECK

FOR FRED BUSY ( 763 )

X *[signature]*

(Do not endorse or write below this line.)

05/04/2009 13:22 6622470034 GRAY'S PAGE 01

# BILL OF SALE

STATE OF MISSISSIPPI

County of _Jones_

                                                                       March 13, 2009

For and in consideration of _Twelve thousand ($12 K check #K over 3 months)_ Dollars cash in hand, paid me this day in full by _Eaves_

I do hereby bargain and sell to him the following personal property _Cat Forklift TH 63_

The said property I guarantee is my own and free of all claims and offsets of any and all kinds. I further agree to let said property remain in my charge, free of cost, until called for by _____
or order from him.

Witnessed:        Signed: _Eagen Const. Co._

                                              _Junior James Eaves_

WITNESS my hand and seal of office this _13th_ day of _March_ 2009.

_Commission expires 1/1/2012_                  Notary Public

