Business ID: 925333
Date Filed: 01/14/2008 12:00 AM
C. Delbert Hosemann, Jr.
Secretary of State

846464 JAN 14 8

**F0001 - Page 1 of 2**

**OFFICE OF THE MISSISSIPPI SECRETARY OF STATE**
P.O. BOX 136, JACKSON, MS 39205-0136    (601) 359-1333
**Articles of Incorporation**

The undersigned, pursuant to Section 79-4-2.02 (if a profit corporation) or Section 79-11-137 (if a nonprofit corporation) of the Mississippi Code of 1972, hereby executes the following document and sets forth:

**1. Type of Corporation**

[X] Profit        [ ] Nonprofit

**2. Name of the Corporation**

Construction Tech Solutions, Inc

**3. The future effective date is
(Complete if applicable)**    01/14/2008

**4. FOR NONPROFITS ONLY:** The period of duration is [ ] years or [ ] perpetual

**5. FOR PROFITS ONLY:** The Number (and Classes) if any of shares the corporation is authorized to issue is (are) as follows

| Classes | # of Shares Authorized | If more than one (1) class of shares is authorized, the preferences, limitations, and relative rights of each class are as follows: | |
|---|---|---|---|
| Common | 10000 | | (See Attached) |
| | | | |

**6. Name and Street Address of the Registered Agent and Registered Office is**

Name: Robert D Parker CPA

Physical Address: 441 Northpark Dr

P.O. Box:

City, State, ZIP5, ZIP4: Ridgeland    MS    39157  -

**7. The name and complete address of each incorporator are as follows**

Name: Robert D Parker

Street: 441 Northpark Dr

Rev. 01/96

**Exhibit "G"**

**F0001 - Page 2 of 2** 84e16c **OFFICE OF THE MISSISSIPPI SECRETARY OF STATE**

P.O. BOX 136, JACKSON, MS 39205-0136 (601) 359-1333

**Articles of Incorporation**

| City, State, ZIP5, ZIP4 | Ridgeland | MS | 39157 - |

Name

Street

City, State, ZIP5, ZIP4

Name

Street

City, State, ZIP5, ZIP4

Name

Street

City, State, ZIP5, ZIP4

**8. Other Provisions** ☐ See Attached

**9. Incorporators' Signatures (please keep writing within blocks)**

Rev. 01/96